**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

In Re DMCA Subpoena to
Web.com Group, Inc.

Case No. 20-mc-0041 _____

**REQUEST TO THE CLERK FOR ISSUANCE OF SUBPOENA TO WEB.COM GROUP, INC. PURSUANT TO 17 U.S.C. § 512(h) TO IDENTIFY ALLEGED INFRINGER**

Petitioner Level 3 Communications, LLC ("Level 3"), by counsel, hereby requests that the Clerk of this Court issue a subpoena to Web.com Group, Inc. to identify the alleged infringer(s) at issue pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(h) (the "Section 512(h) Subpoena"). The proposed Section 512(h) Subpoena is attached hereto as Exhibit A.

The proposed Section 512(h) Subpoena is directed to Web.com Group, Inc., a service provider that provides network services through its subsidiary, Register.com, to the owner and operator of the domain name level3portal.com. The owner and operator of level3portal.com has used Web.com Group, Inc.'s services to infringe one or more copyrights owned by Level 3.

Level 3 has satisfied the requirements for issuance of a subpoena pursuant to 17 U.S.C. § 512(h):

(1)   Level 3 has submitted a copy of the notification sent pursuant to 17 U.S.C. § 512(c)(3)(A) as Exhibit 1 to the attached Declaration of Ari Meltzer dated March 11, 2020 ("Meltzer Decl.").

(2) Level 3 has submitted the proposed Section 512(h) Subpoena attached hereto as Exhibit A; and

(3) Level 3, through its counsel of record, has submitted a sworn declaration confirming that the purpose for which the Section 512(h) Subpoena is sought is to obtain the identity of an alleged infringer or infringers and such information will only be used for the purpose of protecting Level 3's rights under title 17 of the United States Code. *See* Meltzer Decl. ¶ 5.

Having complied with the statutory requirements, Level 3 respectfully requests that the Clerk expeditiously issue and sign the proposed Section 512(h) Subpoena pursuant to 17 U.S.C. § 512(h)(4) and return it for service to Web.com Group, Inc.

Respectfully submitted,

/s/ David E. Weslow /s/
David E. Weslow
WILEY REIN LLP
1776 K Street, NW
Washington, DC 20006
(202)719-7000 - phone
dweslow@wiley.law

*Counsel for Level 3 Communications, LLC*